KNOWLES, M.J.
SEPTEMBER 14, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NABIL BADDOUR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-00136** |
| **NATIONAL ASSOCIATES, INC.** | **SECTION "A" (3)** |

## O R D E R

**IT IS ORDERED** that the **Settlement Conference** previously set in this matter on October 13, 2011is hereby **RESET ON FRIDAY, NOVEMBER 4, 2011 at 9:30 a.m.** before Magistrate Judge Daniel E. Knowles, III, 500 Poydras Street, Room B335, New Orleans, Louisiana.  Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 1, 2011**, for the confidential and exclusive use of Magistrate Judge Daniel E. Knowles, III.  Position letters, **which must be limited to three pages and double-spaced**, may be faxed to my chambers at 504-589-4500.

Participation of parties is likely to increase the efficiency and effectiveness of the settlement conference.  Therefore, any party who resides or has a business address in the Greater New Orleans area shall attend the conference in person with counsel.  Parties from outside of the Greater New Orleans area shall be available by telephone for the duration of the settlement conference.

Relaxed business attire is permitted on Fridays.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**